I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/14/2014

DEPUTY CLERK

**JS-6 / ENTERED**

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SHANNON RILEY,                        ) Case No. CV 13-9531-JFW (JPR)
                                      )
                  Petitioner,         )
                                      )        J U D G M E N T
          vs.                         )
                                      )
R.T.C. GROUNDS, Warden,               )
                                      )
                  Respondent.         )
_____)

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 13, 2014

JOHN F. WALTER
U.S. DISTRICT JUDGE